THE WESTMINSTER PRESBYTERIAN CHURCH OF WEST TWENTY-THIRD STREET, Respondent and Appellant, *v.* TRUSTEES OF THE PRESBYTERY OF NEW YORK, Appellants and Respondents.

*Westminster Presbyterian Church* v. *Trustees of Presbytery of N. Y.,* 170 App. Div. 439, modified.

(Argued October 10, 1917; decided January 15, 1918.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 23, 1915, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an act on in ejectment to recover the possession of premises in West Twenty-third street, borough of Manhattan, New York, upon which is erected a church known as the Westminster Presbyterian Church of West Twenty-third Street and a rectory connected therewith, and for damages for the use and occupation of the property. (See 211 N. Y. 214.)

*Rush Taggart* and *Henry W. Jessup* for Trustees of Presbytery of New York, appellants and respondents.

*Richmond J. Reese* for Westminster Presbyterian Church, respondent and appellant.

Judgment modified in accordance with opinion in *Trustees of Presbytery* v. *Westminster Presbyterian Church* (222 N. Y. 305), by substituting in place of the provision marked " second " in the judgment of the Trial Term a provision which shall read as follows: " *Second.* Plaintiff's title to and possession of said property are subject to the provisions of the Religious Corporations Law of the State of New York, including article 4 of said law," and as so modified said judgment is affirmed, without costs.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.